# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN EDWARD GALECKI,<br><br>Defendant. | 2:20-cr-00163-APG-EJY<br>2:20-cr-00164-APG-EJY<br><br>**ORDER GRANTING MOTION FOR LATE FILING OF NOTICE OF APPEAL** |

I HEREBY GRANT defendant Benjamin Edward Galecki's motion to allow him to file an out-of-time notice of appeal.

DATED this 19th day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE